IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ONSRI CLARK, | |
|---|---|
| Plaintiff, | 8:17CV405 |
| vs. | ORDER TO SHOW CAUSE |
| SARPY COUNTY, | |
| Defendant. | |

Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

Plaintiff filed the Complaint on October 23, 2017. (Filing No. 1). More than 90 days have elapsed since the Complaint was filed. To date, Plaintiff has not requested summons nor filed any return of service or waiver indicating service was perfected on the defendants, and the defendant has not entered a voluntary appearance. Accordingly,

**IT IS ORDERED** that Plaintiff shall have until February 20, 2018, to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 29th day of January, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge