# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ONSRI CLARK,<br><br>                 **Plaintiff,**<br><br>   vs.<br><br>SARPY COUNTY,<br><br>                 **Defendant.** | 8:17CV405<br><br>**SECOND AMENDED FINAL PROGRESSION ORDER** |

This matter comes before the Court on the parties' Joint Motion to Modify Progression Order (Filing No. 44). After review of the motion, the Court finds good cause to modify the case progression deadlines. Accordingly,

**IT IS ORDERED** that the parties' Joint Motion to Modify Progression (Filing No. 44) is granted, and the following case progression deadlines shall apply:

1) The jury trial of this is set to commence before Joseph F. Bataillon, Senior United States District Judge, in Courtroom 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m.** on **April 6, 2020**, or as soon thereafter as the case may be called, for a duration of four (4) trial days.

**2)** The Pretrial Conference is scheduled before the undersigned magistrate judge on **March 20, 2020**, at **10:00 a.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov, in Word format, by **3:00 p.m.** on **March 13, 2020.**

3) The deadline for completing written discovery under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure is **September 17, 2019.** Motions to compel discovery under Rules 33, 34, and 36 must be filed by **October 1, 2019.**
**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4) The deadline for fact and expert witness depositions is **November 1, 2019**.

5) The deadline for filing motions to dismiss and motions for summary judgment is **November 15, 2019**.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **November 15, 2019**.

7) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

8) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 5th day of August, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge